IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAMIAN ROMO-BRIONES, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:04-CV-2721-M |
| v. | § | |
| | § | |
| TOM RIDGE, SECRETARY, U.S. | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Wm. F. Sanderson, Jr. made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and the District Court ordered supplemental briefing. This Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made and considered the supplemental briefing. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 24 day of May, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE